FILED

JAN 2 2 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARC OLIVER LEWIS,<br><br>Defendant. | Case No. 20-CR-1793 DMS<br><br>**ORDER and JUDGMENT DISMISSING INDICTMENT WITHOUT PREJUDICE**<br><br>The Honorable Dana M. Sabraw |

Based on the motion of the United States to dismiss this case, it is hereby ordered that the indictment in the above-entitled action be dismissed without prejudice. Bond posted in this case is ordered exonerated.

**SO ORDERED.**

Dated: January 22, 2021

The Honorable Dana M. Sabraw
UNITED STATES DISTRICT JUDGE